|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10 - 0178 MHP |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | |
| CLEOFE NOGAVICH, | ) | |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHEREAS, the government is in the process of providing discovery to counsel, and where the discovery consists of loan files and financial records relating to real estate transactions, and other financial information that require the use of a protective order;

WHEREAS, counsel for the defendant needs sufficient time to review the discovery, in order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate given the need for effective preparation of counsel and where the next available date where all counsel are available is June 28, 2010, such that there is a need for a

continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

THEREFORE, the parties mutually and jointly stipulate that the matter should be continued, based on the need for effective preparation of counsel and the need for continuity of counsel, and the parties jointly request that the Court continue the matter until **Monday, June 28, 2010, at 10:00 a.m.**  The parties agree that continuing the case until June 28, 2010, is necessary, given the need for defense counsel to review and analyze a significant amount of discovery and the need to maintain continuity of counsel.   The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Finally, the parties agree that the ends of justice served by excluding time until June 28, 2010,  outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

**STIPULATED:**


DATED: 5/7/2010                                                                  /S/
                                                                   DAVID HARRIS BILLINGSLEY
                                                                   Attorney for CLEOFE NOGAVICH


DATED: 5/7/2010                                                                  /S/
                                                                   TIMOTHY J. LUCEY
                                                                   Assistant United States Attorney


### ORDER

For good cause shown, the Court continues the matter until **Monday, June 28, 2010, at 10:00 a.m.**

///

///

STIPULATION AND [PROPOSED] ORDER
*United States v. Nogavich*
[CR 10 - 0178 MHP]                                2

1    The Court enters this order excluding time from May 10, 2010, up to and including June
2 28, 2010. Specifically, the parties agree, and the Court finds and holds that such that time should
3 be excluded until June 28, 2010, and furthermore that failing to grant a continuance until June
4 28, 2010, would unreasonably deny the defendant continuity of counsel, and also would deny
5 defense counsel the reasonable time necessary for effective preparation, taking into account the
6 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
7    Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
8 excluding time from May 10, 2010, through June 28, 2010, outweigh the best interest of the
9 public and the defendant in a speedy trial. Id. § 3161(h)(A).
10   **IT IS SO ORDERED.**

12   **DATED:** 5/11/2010



HON. M
United S

STIPULATION AND [PROPOSED] ORDER
*United States v. Nogavich*
[CR 10 - 0178 MHP]                3