| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | |
|   | BRIAN J. STRETCH (CSBN 163973) |
| 3 | Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CSBN 172332) |
|   | Assistant United States Attorney |
| 5 | |
|   | 450 Golden Gate Avenue, 11th Floor |
| 6 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234 |
|   | E-mail: Timothy.Lucey@usdoj.gov |
| 8 | |
|   | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10 - 178 MHP | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] | |
|  | ) | PROTECTIVE ORDER RE: DISCOVERY | |
| v. | ) | OF FINANCIAL ACCOUNT AND | |
|  | ) | IDENTITY INFORMATION | |
| CLEOFE NOGAVICH, | ) | | |
|  | ) | | |
| Defendant. | ) | | |

The United States will produce to counsel for the defendant discovery consisting of business records, financial institution records, law enforcement reports, and other records and documents. Included within this discovery is bank account information (including account numbers) and personal identity information (including, for example, names, dates of birth, social security numbers, and driver's license numbers). Because of the substantial amount of financial account and personal identity information to be produced in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the hereby Court orders, that disclosure of these materials shall be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by the United States to counsel for the defendant shall be maintained in an area that is accessible

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10- 178 MHP]

1 only to defense counsel or other attorneys and employees of counsel's law office.  Defense
2 counsel shall not permit any person access of any kind to the discovery except as set forth below.
3     2.     The following individuals may examine the discovery for the purpose of preparing
4 the defense:
5     (a)     Counsel for the defendant, and any other attorneys, paralegals, or
6     investigators in counsel's law office;
7     (b)     The defendant, but only in the presence of defendant's counsel; and
8     (c)     Any outside expert retained by the defense to analyze the discovery in this
9     matter.
10     3.     A copy of this Order shall be maintained with the discovery at all times.
11     4.     No other person may be allowed to examine the discovery without further court
12 order.
13     5.     All pleadings will comply with Federal Rule of Criminal Procedure 49.1
14 regarding redaction of certain identifying information.
15     6.     Within 30 days of the judgment and sentencing hearing in this matter, or within
16 30 days of any other resolution of the case, all material provided to defense counsel pursuant to
17 this Order, and all other authorized copies, if any, shall be returned to the United States.  The
18 United States shall destroy them.  If an appeal is noticed and defense counsel continue to
19 represent the defendant on appeal, defense counsel may continue to retain possession of the
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10- 178 MHP]     -2-

1  materials according to the terms of this Order until the conclusion of the matter in the Court of
2  Appeals.
3
4  IT IS SO STIPULATED:
5  DATED:  6/11/ 2010                              JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6
7
                                                          /S/
8                                                  TIMOTHY J. LUCEY
                                                   Assistant United States Attorney
9
10 DATED:  6/11/ 2010                                     /S/
                                                   MICHAEL J. SHEPARD
11                                                 Attorney for defendant
                                                   CLEOFE NOGAVICH
12
13 **IT IS SO ORDERED**.
14 DATED:  6/18        , 2010
15                                                 HON. MARILYN HALL PATEL
                                                   United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10- 178 MHP]    -3-