UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10 - 0178 MHP |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| | ) | |
| CLEOFE NOGAVICH, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, the defendant has provided information to the government and the government needs sufficient time to evaluate such information, in order to effectively prepare for further proceedings in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate given the need for effective preparation of counsel and where the next available date where all counsel are available is October 4, 2010, such that there is a need for a continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

THEREFORE, the parties mutually and jointly stipulate that the matter should be

1  continued, based on the need for effective preparation of counsel and the need for continuity of
2  counsel, and the parties jointly request that the Court continue the matter until **Monday, October**
3  **4, 2010, at 10:00 a.m.**  See 18 U.S.C. § 3161(h)(7)(B)(iv).
4       Finally, the parties agree that the ends of justice served by excluding time until October 4,
5  2010,  outweigh the best interest of the public and the defendant in a speedy trial.
6  Id. § 3161(h)(A).
7  **STIPULATED:**
8  DATED:  September 9, 2010                    /S/
                                                MICHAEL J. SHEPARD
9                                               MARK HOOGLAND
                                                Attorneys for CLEO NOGAVICH
10
11 DATED: September 9, 2010                     /S/
                                                TIMOTHY J. LUCEY
12                                              Assistant United States Attorney
13

**ORDER**

15      For good cause shown, the Court continues the matter until **Monday, October 4, 2010,**
16 **at 10:00 a.m.**   The Court enters this order excluding time from September 13, 2010, up to and
17 including October 4, 2010.  Specifically, the parties agree, and the Court finds and holds that
18 such that time should be excluded until October 4, 2010, and furthermore that failing to grant a
19 continuance until October 4, 2010, would unreasonably deny the parties continuity of counsel,
20 and also would deny counsel the reasonable time necessary for effective preparation, taking into
21 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
22      Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
23 excluding time from September 13, 2010, through October 4, 2010, outweigh the best interest of
24 the public and the defendant in a speedy trial.  Id. § 3161(h)(A).
25      **IT IS SO ORDERED.**
26
27 DATED:__9/10/2010_____                     _____
                                                HON. MARILYN H. PATEL
28                                              United States District Judge

STIPULATION AND [PROPOSED] ORDER
*United States v. Nogavich*
[CR 10 - 0178 MHP]                              2